UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RANDY JOHNSON, individually and on
behalf of all others similarly situated

                Plaintiff,

                                                    Case No. 09-2673 (RRM) (RML)
v.

WEST ASSET MANAGEMENT,                   **NOTICE OF PENDING SETTLEMENT**

                Defendant.
------------------------------------------------------------X

       Defendant, West Asset Management, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court. Accordingly, the parties respectfully request that the initial conference, presently scheduled for October 27, 2009 be adjourned for 60 days to allow time for the filing of an appropriate stipulation of dismissal.

Dated: Hackensack, New Jersey
       October 26, 2009

s/ Amir J. Goldstein, Esq.
Amir J. Goldstein, Esq.
591 Broadway, #3A
New York, NY 11012

*Attorney for Plaintiff*

s/ Michael J. Cohen
Michael J. Cohen, Esq.
Winne, Banta, Hetherington,
  Basralian & Kahn, P.C.
Court Plaza South – East Wing
21 Main Street
Hackensack, NJ 07601
Telephone: (201) 487-3800
mcohen@winnebanta.com

*Attorneys for Defendant,
West Asset Management*

04415-00011
100921v1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing documents was filed and served electronically via the court's electronic filing system upon Plaintiff's counsel of record, Amir J. Goldstein, Esq., 591 Broadway, #3A, New York, NY 11012. Parties may access this filing through the Court's system.

Dated: Hackensack, New Jersey
October 26, 2009

s/ Michael J. Cohen
Michael J. Cohen

04415-00011
100921v1