UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| RANDY JOHNSON, | Civil Action No. 09-2673 |
| Plaintiff, | |
| -against- | ***NOTICE OF DISMISSAL WITH PREJUDICE*** |
| WEST ASSET MANAGEMENT, INC., | |
| Defendant. | |

------------------------------------------------------------X

Plaintiff, by and through his attorney, Amir J. Goldstein, Esq., and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses with prejudice all claims and causes of action asserted against defendant, West Asset Management, Inc, in the above numbered and captioned action. Claims of putative class members are dismissed without prejudice.

Dated: November 24, 2009.

                Respectfully submitted,

                /s/ Amir J. Goldstein
                Amir J. Goldstein, Esq.
                **Attorney for Plaintiff**
                591 Broadway, #3A
                New York, New York 11012
                (212) 966-5253 phone
                (212) 941-8566 fax